IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
JUL 3 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

SAMUEL M. BATEY, JR.,

    Plaintiff,

v.                              CIVIL ACTION NO. 5:07CV12
                                    (Judge Stamp)

P.A. SWANSON, et al.,

    Defendants.

## ORDER

    The Defendants Janet Bunts and Dr. Doris Williams having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically the <u>Memorandum in Support of Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment</u> and its Exhibits with their attachments, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Defendants' Motion, it is accordingly

    **ORDERED** that the <u>Memorandum in Support of Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment</u> and its Exhibits with their attachments, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATE: *July 3, 2007*

*/s/ John S. Kaull*
UNITED STATES MAGISTRATE JUDGE