IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUL 1 9 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

SAMUEL M. BATEY, JR.,

    Plaintiff,

v.                                   CIVIL ACTION NO. 5:07cv12
                                   (Judge Stamp)

P.A. SWANSON, et al.,

    Defendants.

## ORDER

On this day came the defendant P. A. Swanson and moved the Court for clarification of the time within which he must answer or otherwise respond to the Complaint filed herein against him. It appearing to the Court that good cause exists for said motion, it is hereby

ORDERED that the time by which the defendant must answer or otherwise respond to the Complaint filed against him is hereby designated as sixty (60) days from the date on which he was served with a Summons and copy of the Complaint.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: July 19, 2007

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE